CSD 3000A [11/15/04]
Name, Address, Telephone No. & I.D. No.

Frederick C. Phillips, Esq., #51337
Phillips, Haskett & Ingwalson, a P. C.
701 "B" St., Ste. 1190
San Diego, CA 92101
Attorneys for Adobe Oil, Development Corp.

Order Entered on
August 22, 2011
by Clerk U.S. Bankruptcy Court
Southern District of California

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
MICHAEL R. PATTERSON

                                    Debtor.

BANKRUPTCY NO. 09-10872-JM7

ADOBE OIL, DEVELOPMENT CORP.

                                    Plaintiff(s)

ADVERSARY NO. 09-90453

v.
MICHAEL R. PATTERSON

                                    Defendants(s)

Date of Hearing: May 12, 2011
Time of Hearing: 10:00 a.m.
Name of Judge: James W. Meyers

JUDGMENT

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2)

through __2__ with exhibits, if any, for a total of __2__ pages, is granted.  Motion/Application Docket Entry No. _____

//

//

//

//

DATED:
August 19, 2011

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Submitted by:

Phillips, Haskett & Ingwalson, a P. C.
(Firm name)

By: /s/ Frederick C. Phillips
Attorney for ☑ Movant ☐ Respondent

Judge, United States Bankruptcy Court

CSD 3000A

CSD 3000A [11/15/04] (Page 2)
JUDGMENT
DEBTOR: MICHAEL R. PATTERSON

CASE NO.: 09-10872-JM7
ADV. NO.: 09-90453

IT IS HEREBY ORDERED, ADJUDGED and DECREED AS FOLLOWS:

The obligation of MICHAEL R. PATTERSON to ADOBE OIL, DEVELOPMENT CORP. is hereby determined to be non-dischargeable. ADOBE OIL, DEVELOPMENT CORP. is hereby awarded Judgment against Defendant MICHAEL R. PATTERSON in the amount of $200,666.67. ADOBE OIL, DEVELOPMENT CORP, is further awarded its costs of suit pursuant to a Bill of Costs to be submitted by ADOBE OIL, DEVELOPMENT CORP.

CSD 3000A

*Signed by Judge Peter W. Bowie August 19, 2011*