# Notice Recipients

| District/Off: 0974–3 | User: cbeckett | Date Created: 8/22/2011 |
|---|---|---|
| Case: 09–90453-JM | Form ID: pdfO6 | Total: 8 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| pla | Adobe Oil,Development Corp. |
|---|---|
| dft | Michael R. Patterson |
| cc | Adobe Oil,Development Corp. |
| cd | Michael R. Patterson |

TOTAL: 4

**Recipients of Notice of Electronic Filing:**

| aty | Frederick C. Phillips | fcp@philaw.com |
|---|---|---|
| aty | Steven W. Haskins | steveh@haskinslaw.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| md | Gary B. Rudolph 92101 | Sullivan Hill Lewin Rez &Engel | 550 West C Street Suite 1500 | San Diego, CA |
|---|---|---|---|---|
| mda | Peter L. Duncan 92101–4238 | Pyle Sims Duncan &Stevenson | 401 B Street, Suite 1500 | San Diego, CA |

TOTAL: 2