CSD 3066 [03/26/99]
Name, Address, Telephone No. & I.D. No.

Frederick C. Phillips, Esq., #51337
Phillips, Haskett & Ingwalson, a P. C.
701 "B" St., Ste. 1190
San Diego, CA 92101

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>MICHAEL R. PATTERSON<br><br>Debtor. | BANKRUPTCY NO. 09-10872-JM7 |
| ADOBE OIL, DEVELOPMENT CORP.<br><br>Plaintiff(s) | ADVERSARY NO. 09-90453 |
| v.<br>MICHAEL R. PATTERSON<br><br>Defendants(s) | DATE: September 19, 2011<br>TIME: 11:00 a.m.<br>Telephonically |

## BILL OF COSTS

Notice is given that the following Bill of Costs will be presented to the Clerk of the Bankruptcy Court on the date and at the time stated above in <u>Room 234</u> of the Jacob Weinberger U.S. Courthouse, 325 West "F" Street, San Diego, California.

Judgment was entered in the above entitled action on __August 22, 2011__, against:

Michael R. Patterson

The clerk of the bankruptcy court is requested to tax the following as costs:

| | |
|---|---|
| Fees of the clerk | $ 250.00 |
| Fees for service of summons and complaint | $ |
| Fees of the court reporter for any and all part of the transcript necessarily obtained for use in the case | $ |
| Fees and disbursements for printing | $ |
| Fees for witnesses (itemized on reverse) | $ |
| Fees for exemplifications and copies of papers necessarily obtained for use in this case | $ |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions | $ 463.35 |
| Costs as shown on Mandate of appellate court | $ |
| Other costs [Please itemize] | $ |
| | $ |
| TOTAL | $ 713.35 |

## DECLARATION

I, attorney for __Adobe Oil, Development Corp.__, declare under penalties of perjury that the foregoing costs are correct and were necessarily incurred in this action, that the services for which fees have been charged were actually and necessarily performed, and that a copy of this Bill of Costs was mailed this day with postage fully prepaid to (*insert Name and Address of Judgment Debtor*):

Michael R. Patterson
c/o Steven W. Haskins, Esq.
Haskins & Associates, APC
4045 Bonita Rd., Ste. 206
Bonita, CA 91902-1336
DATED: August 30, 2011

_/s/ Frederick C. Phillips_
[Attorney for] Moving Party

COSTS ARE TAXED IN THE FOLLOWING AMOUNT AND INCLUDED IN THE JUDGMENT: $ 713.35

DATED: 9/19/11

_Barry K. Lander, Clerk_

CSD 3066

10872 bil A
6 BC

CSD 3066 (Page 2) [03/26/99]

| NAME AND RESIDENCE | WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | TOTAL COST EACH WITNESS |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | |
| | DAYS | TOTAL COSTS | DAYS | TOTAL COSTS | MILES | TOTAL COSTS | |
| | | | | | | | |
| | | | | | | TOTAL | |

## NOTICE

**Section 1924, Title 28, U.S. Code provides:**
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**Section 1920 of Title 28 reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Bankruptcy Procedure contain the following provisions:**
**FRBP 7054(b)**
"COSTS. The court may allow costs to the prevailing party except when a statute of the United States or these rules otherwise provides. Costs against the United States, its officers and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice; on motion served within five days thereafter, the action of the clerk may be reviewed by the court."

**FRBP 9006(f)**
"ADDITIONAL TIME AFTER SERVICE BY MAIL. When there is a right or requirement to do some act or undertake some proceedings within a prescribed period after service of a notice or other paper and the notice or paper other than process is served by mail, three days shall be added to the prescribed period."

**Federal Rule of Civil Procedure 58 reads in part:**
"Entry of the judgment shall not be delayed . . .in order to tax costs."

**District Court Local Rule 54.1 governs costs in this district.**

CSD 3066

**PHILLIPS, HASKETT & INGWALSON**
A PROFESSIONAL CORPORATION
ATTORNEY CLIENT TRUST ACCOUNT
701 "B" STREET, STE. 1190
SAN DIEGO, CA 92101-8108

WELLS FARGO BANK, N.A.
CALIFORNIA
16-24-1220

17778

PAY TWO HUNDRED FIFTY AND NO/100

TO THE ORDER OF    CLERK, U. S. BANKRUPTCY COURT

DATE  10/09/09        AMOUNT  $250.00

TWO SIGNATURES REQUIRED

⑈017778⑈ ⑆122000247⑆ 065003 8623⑈

---

**PHILLIPS, HASKETT & INGWALSON**                                    17778
ATTORNEY CLIENT TRUST ACCOUNT
10/09/09        CLERK, U. S. BANKRUPTCY COURT            $250.00


FILE ADVERSARY PROCEEDING

INVOICE DATE/NO      GL ACCT         DESCRIP              DEPT LOC      AMOUNT
100909 43276         111.12          CONTRA CLIENT TRUS                 250.00

04759     1          RUSSELL SINGER-RE: MICHAEL R. PATTERSON



# Network
### DEPOSITION SERVICES

**I am an invoice.
Take me to your accounts
payable department.**

Network Deposition Services, Inc.
1900 Avenue of the Stars • Suite 2850
Los Angeles, CA 90067
Phone (310) 557-3400 • (800) 788-2021
Fax (310) 557-3555 • networkdepo.com

| | |
|---|---:|
| Invoice # | A1010302 |
| Invoice date | October 19, 2010 |
| Invoice due | November 18, 2010 |
| Invoice total | 463.35 |
| Balance due | 463.35 |

Phillips, Haskett & Ingwalson
Attention: Frederick Phillips, Esq.
701 "B" Street
Suite 1190
San Diego, CA 92101

Make checks payable to Network Deposition Services, Inc. • Our tax ID # is 77-0591481. •
A service fee of 1.5% per month may be added to any invoice over 30 days old.

| Noticing firm | Phillips, Haskett & Ingwalson | Case # | Network Depo Job | Your case reference # | Deposition date |
|---|---|---|---|---|---|
| Noticed by | Frederick Phillips, Esq. | 09-90453-JM | 138892 | | 10-6-2010 |
| Deposition of | Michael Patterson | | | | |
| Caption | Adobe Oil Development Corp., Plaintiff, vs. Michael Patterson, Defendant. | | | | |

| Description of Service | Amount |
|---|---:|
| Court Reporting | 438.15 |
| Exhibits | 25.20 |

**PAID**
DATE 11/4/10
CHECK # 26976
AMOUNT 463.35

Detach lower portion and return with your payment.

NDS invoice version 3.1

Re: **In Re: Michael R. Patterson**
**United States Bankruptcy Court, Southern District; Case No. 09-90453**

## AFFIDAVIT OF SERVICE BY MAIL/E-MAIL/AND/OR OVERNIGHT MAIL

STATE OF CALIFORNIA  )
                                           )ss.
COUNTY OF SAN DIEGO )

KATHLEEN E. LAWRENCE, being first duly sworn, says:

That affiant is a citizen of the United States, over eighteen (18) years of age, a resident of and employed in the County of San Diego, State of California, and not a party to the within action.

That affiant's business address is 701 "B" Street, Suite 1190, San Diego, California 92101-8108, and that affiant served the following:

1. **BILL OF COSTS**

by e-mailing/overnighting or via regular mail all documents listed above to the following party(ies):

Michael R. Patterson
c/o Steven W. Haskins, Esq.
Jesse T. Farris, Esq.
Haskins & Associates, APC
4045 Bonita Road, Ste. 206
Bonita, CA 91902-1336
Fax: 479-0337
Attorneys for Defendant

[XX]   (By Mail) I placed such envelope, with postage thereon fully prepaid, in the United States mail at San Diego, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U. S. postal service on that same date with postage thereon fully prepaid at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing in affidavit.

[  ]   (By Overnight Mail)

[  ]   (By E-Mail) : steveh@haskinslaw.com, jesse@haskinslaw.com

[  ]   (By Personal Service) I hand delivered such envelope to the office(s) of the addressee(s).

[  ]   (By Facsimile) By use of facsimile machine telephone number (619)233-1223, I served the document(s) mentioned above. The facsimile machine utilized complies with California Rule of Court 2003(3) and no error was reported by the machine. Pursuant to California Rule of Court 2008(4) I caused the machine to print a transmission record of the transmission.

- 1 -   Affidavit of Service by Mail/E-Mail and/or Facsimile

1  [ ]  (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

2
3  [XX]  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

4  Executed this August 30, 2011 at San Diego, California.

*Kathleen E. Lawrence*
KATHLEEN E. LAWRENCE

- 2 -    Affidavit of Service by Mail/E-Mail and/or Facsimile

# Bill of Cost
## Recovery / Award of Cost

| Verify the following information to ensure accuracy. Provide moving party (calling) with pertinent information. |
|---|

| | |
|---|---|
| 1. | Did you receive **Notice of Entry of Judgment** from Bankruptcy Court? |
| 2. | If yes, what was the Date of Entry? August 22, 2011    8-22-11 <br> a. Did the judgment specifically include an award of costs? (Yes) or No   2nd page <br> If no, you need to seek an amended judgment to include an award of costs before we can proceed. (See Bankruptcy Procedure 7054) |

| | |
|---|---|
| **Name of Attorney** | Frederick Phillips / (231-3737 X104 Kathy) |
| **Telephone No.** | 619. 231. 3737 |
| **Bankruptcy Case No.** | 09- 10872 |
| **Adversary or Appeal Case No.** | 09- 90453 |

| | |
|---|---|
| 3. | Moving party **must** contact the court within 14 days of notice of entry. <br> a. Set hearing date 14-21days from date movant mails Bill of Costs (notice of hearing) to opposing counsel, upon availability of Barry's calendar. |
| 4. | **Date of Bill of Costs Hearing:** Sept 19 Monday 11:00 <br> Hearing **preference** (Telephonic) may be held in person (Room 234) |
| 5. | **Local Rule 54-1** (*District Court*) states: "Prevailing party may elect to hold a telephonic hearing upon notice to the clerk and the attorney for the adverse party. It will be the responsibility of the prevailing party to initiate the conference call. |
| 6. | Moving party must file with the Court a **Bill of Costs form (CSD 3066)** together with Certificate of Service to Barry Lander's attention. |
| 7. | Remind moving party that Local Rule also states: the bill of costs must itemize the costs of claim and must be supported by a memorandum of costs and an affidavit of counsel that law allows the costs claimed. **(Refer to District Court Local Rule 54.1 Costs)** |

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0974–3 | User: cbeckett | Date Created: 8/22/2011 |
| Case: 09–90453–JM | Form ID: pdf06 | Total: 8 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | |
|---|---|
| pla | Adobe Oil,Development Corp. |
| dft | Michael R. Patterson |
| cc | Adobe Oil,Development Corp. |
| cd | Michael R. Patterson |

TOTAL: 4

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| aty | Frederick C. Phillips | fcp@philaw.com |
| aty | Steven W. Haskins | steveh@haskinslaw.com |

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| md | Gary B. Rudolph | Sullivan Hill Lewin Rez &Engel | 550 West C Street Suite 1500 | San Diego, CA 92101 |
| mda | Peter L. Duncan | Pyle Sims Duncan &Stevenson | 401 B Street, Suite 1500 | San Diego, CA 92101–4238 |

TOTAL: 2

CSD 3000A [11/15/04]
Name, Address, Telephone No. & I.D. No.

Frederick C. Phillips, Esq., #51337
Phillips, Haskett & Ingwalson, a P. C.
701 "B" St., Ste. 1190
San Diego, CA 92101
Attorneys for Adobe Oil, Development Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| In Re<br>MICHAEL R. PATTERSON<br><br>Debtor. | BANKRUPTCY NO. 09-10872-JM7 |
|---|---|
| ADOBE OIL, DEVELOPMENT CORP.<br><br>Plaintiff(s) | ADVERSARY NO. 09-90453 |
| v.<br>MICHAEL R. PATTERSON<br><br>Defendants(s) | Date of Hearing: May 12, 2011<br>Time of Hearing: 10:00 a.m.<br>Name of Judge: James W. Meyers |

JUDGMENT

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Motion/Application Docket Entry No. _____

//

//

//

//

DATED:
August 19, 2011

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Phillips, Haskett & Ingwalson, a P. C.
(Firm name)

By: /s/ Frederick C. Phillips
    Attorney for ☑ Movant ☐ Respondent

_____
Judge, United States Bankruptcy Court

CSD 3000A

CSD 3000A [11/15/04] (Page 2)
JUDGMENT
DEBTOR: MICHAEL R. PATTERSON

CASE NO.: 09-10872-JM7
ADV. NO.: 09-90453

IT IS HEREBY ORDERED, ADJUDGED and DECREED AS FOLLOWS:

The obligation of MICHAEL R. PATTERSON to ADOBE OIL, DEVELOPMENT CORP. is hereby determined to be non-dischargeable. ADOBE OIL, DEVELOPMENT CORP. is hereby awarded Judgment against Defendant MICHAEL R. PATTERSON in the amount of $200,666.67. ADOBE OIL, DEVELOPMENT CORP, is further awarded its costs of suit pursuant to a Bill of Costs to be submitted by ADOBE OIL, DEVELOPMENT CORP.

CSD 3000A

*Signed by Judge Peter W. Bowie August 19, 2011*

```
                        United States Bankruptcy Court
                         Southern District of California
Adobe Oil,Development Corp.,
        Plaintiff                                        Adv. Proc. No. 09-90453-JM

Patterson,
        Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 0974-3          User: cbeckett            Page 1 of 1             Date Rcvd: Aug 22, 2011
                              Form ID: pdf06            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 24, 2011.
md            +Gary B. Rudolph,    Sullivan Hill Lewin Rez & Engel,   550 West C Street Suite 1500,
               San Diego, CA 92101-3570
mda            Peter L. Duncan,    Pyle Sims Duncan & Stevenson,   401 B Street, Suite 1500,
               San Diego, CA 92101-4238
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
pla            Adobe Oil,Development Corp.
cc             Adobe Oil,Development Corp.
dft            Michael R. Patterson
cd             Michael R. Patterson
                                                                             TOTALS: 4, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 24, 2011                              Signature: _Joseph Speetjens_

CSD 3000A [11/15/04]
Name, Address, Telephone No. & I.D. No.

Frederick C. Phillips, Esq., #51337
Phillips, Haskett & Ingwalson, a P. C.
701 "B" St., Ste. 1190
San Diego, CA 92101
Attorneys for Adobe Oil, Development Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
MICHAEL R. PATTERSON

Debtor.

BANKRUPTCY NO. 09-10872-JM7

ADOBE OIL, DEVELOPMENT CORP.

Plaintiff(s)

ADVERSARY NO. 09-90453

v.
MICHAEL R. PATTERSON

Defendants(s)

Date of Hearing: May 12, 2011
Time of Hearing: 10:00 a.m.
Name of Judge: James W. Meyers

## JUDGMENT

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Motion/Application Docket Entry No. _____

//

//

//

//

DATED:
August 19, 2011

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Phillips, Haskett & Ingwalson, a P. C.
(Firm name)

By: /s/ Frederick C. Phillips
Attorney for ☑ Movant ☐ Respondent

Judge, United States Bankruptcy Court

CSD 3000A

CSD 3000A [11/15/04] (Page 2)
**JUDGMENT**
DEBTOR: MICHAEL R. PATTERSON

CASE NO.: 09-10872-JM7
ADV. NO.: 09-90453

IT IS HEREBY ORDERED, ADJUDGED and DECREED AS FOLLOWS:

The obligation of MICHAEL R. PATTERSON to ADOBE OIL, DEVELOPMENT CORP. is hereby determined to be non-dischargeable. ADOBE OIL, DEVELOPMENT CORP. is hereby awarded Judgment against Defendant MICHAEL R. PATTERSON in the amount of $200,666.67. ADOBE OIL, DEVELOPMENT CORP, is further awarded its costs of suit pursuant to a Bill of Costs to be submitted by ADOBE OIL, DEVELOPMENT CORP.

CSD 3000A

*Signed by Judge Peter W. Bowie August 19, 2011*

Re: **In Re: Michael R. Patterson**
United States Bankruptcy Court, Southern District; Case No. 09-90453

**AFFIDAVIT OF SERVICE BY MAIL/E-MAIL/AND/OR OVERNIGHT MAIL**

STATE OF CALIFORNIA  )
                                         )ss.
COUNTY OF SAN DIEGO  )

KATHLEEN E. LAWRENCE, being first duly sworn, says:

That affiant is a citizen of the United States, over eighteen (18) years of age, a resident of and employed in the County of San Diego, State of California, and not a party to the within action.

That affiant's business address is 701 "B" Street, Suite 1190, San Diego, California 92101-8108, and that affiant served the following:

1. **JUDGMENT;**
2. **AMENDED NOTICE OF LODGMENT;**

by e-mailing/overnighting or via regular mail all documents listed above to the following party(ies):

Steven W. Haskins, Esq.
Jesse T. Farris, Esq.
Haskins & Associates, APC
4045 Bonita Road, Ste. 206
Bonita, CA 91902-1336
Fax: 479-0337
Attorneys for Defendant

United States Trustee
Department of Justice
402 West Broadway, Ste. 600
San Diego, CA 92101
**Via U. S. Mail Only**

[XX]  (By Mail) I placed such envelope, with postage thereon fully prepaid, in the United States mail at San Diego, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U. S. postal service on that same date with postage thereon fully prepaid at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after day of deposit for mailing in affidavit.

[  ]  (By Overnight Mail)

[XX]  (By E-Mail) : steveh@haskinslaw.com, jesse@haskinslaw.com

[  ]  (By Personal Service) I hand delivered such envelope to the office(s) of the addressee(s).

[  ]  (By Facsimile) By use of facsimile machine telephone number (619)233-1223, I served the document(s) mentioned above. The facsimile machine utilized complies with California Rule of Court 2003(3) and no error was reported by the machine. Pursuant to California Rule of Court 2008(4) I caused the machine to print a transmission record of the transmission.

- 1 -     Affidavit of Service by Mail/E-Mail and/or Facsimile

1  [ ]   (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

2

3  [XX]  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

4   Executed this August 2, 2011 at San Diego, California.

5

6   *[signature]*
    KATHLEEN E. LAWRENCE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 2 -    Affidavit of Service by Mail/E-Mail and/or Facsimile

CSD 3000A [11/15/04]
Name, Address, Telephone No. & I.D. No.

Frederick C. Phillips, Esq., #51337
Phillips, Haskett & Ingwalson, a P. C.
701 "B" St., Ste. 1190
San Diego, CA 92101
Attorneys for: Adobe Oil, Development Corp.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

| | |
|---|---|
| In Re<br>MICHAEL R. PATTERSON<br>Debtor. | BANKRUPTCY NO. 09-10872-JM7 |
| ADOBE OIL, DEVELOPMENT CORP.<br>Plaintiff(s) | ADVERSARY NO. 09-90453 |
| v.<br>MICHAEL R. PATTERSON<br>Defendants(s) | Date of Hearing: May 12, 2011<br>Time of Hearing: 10:00 a.m.<br>Name of Judge: James W. Meyers |

## JUDGMENT

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __2__ pages, is granted. Motion/Application Docket Entry No. _____

//

//

//

//

DATED: _____

_____
Judge, United States Bankruptcy Court

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Submitted by:

Phillips, Haskett & Ingwalson, a P. C.
(Firm name)

By: /s/ Frederick C. Phillips
Attorney for ☑ Movant ☐ Respondent

CSD 3000A

EXHIBIT __1__ PAGE __1__

```
 1  FREDERICK C. PHILLIPS, #51337
    PHILLIPS, HASKETT & INGWALSON
 2  a Professional Corporation
    701 "B" Street, Suite 1190
 3  San Diego, CA 92101
    Telephone: (619) 231-3737
 4  Facsimile: (619) 233-1223

 5  Attorneys for: Adobe Oil, Development Corp.

 6

 7

 8              UNITED STATES BANKRUPTCY COURT

 9              SOUTHERN DISTRICT OF CALIFORNIA

10  In Re MICHAEL R. PATTERSON,        ) Bankruptcy Case No. 09-10872-JM7
                                       )
11          Debtor.                    ) Adversary No. 09-90453
                                       )
12  _____    )
                                       ) AMENDED NOTICE OF LODGMENT
13                                     )
    ADOBE OIL, DEVELOPMENT CORP.       ) Date:  May 12, 2011
14                                     ) Time:  10:00 a.m.
            Plaintiff,                 ) Judge: Honorable James Myers
15                                     )
    v.                                 )
16                                     )
    MICHAEL R. PATTERSON,              )
17                                     )
            Defendant.                 )
18  _____    )

19          NOTICE IS HEREBY GIVEN that Plaintiff in the aforesaid adversary proceeding,

20  ADOBE OIL, DEVELOPMENT CORP., hereby lodges with the Court the proposed Judgment in

21  said adversary proceeding as Exhibit "1".

22          Any objections to the form and content of the proposed Judgment must be filed and served

23  within seven (7) days from the date of the service of this Notice of Lodgment.

24  Dated: August 2, 2011              PHILLIPS, HASKETT & INGWALSON, a P. C.

25
                                       By:____/s/ Frederick C. Phillips_____
26                                           Frederick C. Phillips, Attorneys for Plaintiff

27

28
```

CSD 3000A (11/15/04) (Page 2)

DEBTOR: MICHAEL R. PATTERSON

CASE NO.: 09-10872-JM7
ADV. NO.: 09-90453

IT IS HEREBY ORDERED, ADJUDGED and DECREED AS FOLLOWS:

The obligation of MICHAEL R. PATTERSON to ADOBE OIL, DEVELOPMENT CORP. is hereby determined to be non-dischargeable. ADOBE OIL, DEVELOPMENT CORP. is hereby awarded Judgment against Defendant MICHAE. R. PATTERSON in the amount of $200,666.67. ADOBE OIL, DEVELOPMENT CORP. is further awarded its costs of suit pursuant to a Bill of Costs to be submitted by ADOBE OIL, DEVELOPMENT CORP.

CSD 3000A

EXHIBIT 1 PAGE 2